AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ConocoPhillips Petrozuata B. V., et al <br> *Plaintiff* <br> v. <br> Bolivarian Republic of Venezuela <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 19-cv-683 <br> ) <br> ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___08/26/2022___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:  12/18/2025

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Conocophillips Petrozuata B. V., et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV 19-683 (CJN) |
| Bolivarian Republic of Venezuela | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* CONOCOPHILLIPS PETROZUATA B.V. et al   recover from the
defendant *(name)* BOLIVARIAN REPUBLIC OF VENEZUELA   the amount of
$8,505,945,292.00   dollars ($   ), which includes prejudgment
interest at the rate of   5.50   %, plus postjudgment interest at the rate of   %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____

☑ other:   See attached Order.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Carl J. Nichols   on a motion for Default Judgment

Date:   08/19/2022

ANGELA D. CAESAR, CLERK OF COURT

*Courtney Lesley*
Digitally signed by Courtney Lesley
Date: 2022.08.26 18:54:34 -04'00'

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., et al.,<br><br>   *Petitioners,*<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>   *Respondent.* | Civil Action No. 1:19-cv-0683 (CJN) |

## ORDER

  This matter is before the Court on Petitioners' Motion for Default Judgment, ECF No. 35. Petitioners seek an order recognizing and enforcing the final Award rendered on March 8, 2019 in the arbitration between Petitioners and the Bolivarian Republic of Venezuela conducted under the ICSID in Case No. ARB/07/30, captioned *ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Company v. Bolivarian Republic of Venezuela.*

  For the reasons set forth in the accompanying Memorandum Opinion, it is

  **ORDERED** that Petitioners' Motion is **GRANTED**. It is further

  **ORDERED** that the Court **RECOGNIZES** and **ENFORCES** the Award pursuant to 22 U.S.C. § 1650a. It is further

  **ORDERED** that, in accordance with the pecuniary obligations of the Award, Venezuela shall pay to the Petitioners:

  i. Damages as awarded by the Tribunal in the amount of $8,505,945,292;[1]

  ii. Interest on the sum of $8,505,945,292, as follows:

    a. Interest on the sum of $8,366,137,393 from May 7, 2019 to the date of this Judgment, at an annual rate of 5.5% compounded annually; and

    b. Simple interest on the sum of $139,807,899 from May 7, 2019 to the date of this Judgment, at 12-month LIBOR;

  iii. Reimbursement of Petitioners' payments of arbitration costs and a portion of their legal fees in the amount of $21,744,405.72;

  iv. Simple interest on the sum of $21,744,405.72 from May 7, 2019 to the date of this Judgment, at an annual rate of 3%; and

  v. Post-judgment interest pursuant to 28 U.S.C. § 1961 on all the above amounts from the date of this Judgment until full payment.

It is further **ORDERED** that the Clerk enter Judgment for Petitioners consistent with this Order.

DATE: August 19, 2022

                     _/s/ Carl J. Nichols_
                     CARL J. NICHOLS
                     United States District Judge

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 08/26/22
By: _Robert Engle_
ANGELA D. CAESAR, CLERK

---

[1] All amounts are USD.